IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC.,** | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **KEVIN BODDIE,** | : | NO. 23-3780 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 23rd day of August 2024, upon consideration of Uber's Petition to Compel Arbitration (DI 1), Uber's Memorandum of Law in Support of Petition to Compel Arbitration (DI 3), Pennsylvania Human Relations Commission's Motion to Intervene as Defendant (DI 7) and all attachments and responses thereto, and Defendant Kevin Boddie's Motion to Dismiss (DI 30) and all responses thereto, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Pennsylvania Human Relations Commission's Motion to Intervene as Defendant (DI 7) is **GRANTED**.

    a. The Clerk of Court is **INSTRUCTED** to add Pennsylvania Human Relations Commission as a Defendant in the above-captioned action.

    b. Pennsylvania Human Relations Commission's Motion to Dismiss and all attachments thereto (DI 7-3, 7-4, 7-5) are **DEEMED FILED**.

2. Defendant Kevin Boddie's Motion to Dismiss (DI 30) and Pennsylvania Human Relations Commission's Motion to Dismiss (DI 7-3) are **GRANTED**.

3. The Clerk of Court is **INSTRUCTED** to mark this case closed for all purposes, including statistics.

*[signature]*
**MURPHY, J.**